UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**CATHERINE HOLT SINGLETON O/B/O THE**
**ESTATE OF EMMA D. HOLT, DECEASED, ET AL.**                                         **PLAINTIFF**

**V.**                                                                        **CIVIL ACTION NO. 4:08cv0098-DPJ-JCS**

**MERCK & CO., INC., ET AL.**                                                                      **DEFENDANTS**

### ORDER OF RECUSAL

This cause is before the Court, *sua sponte*, for purposes of recusal pursuant to 28 U.S.C. § 455 (2000). It has come to the Court's attention that the undersigned's former law firm represents the Defendant Merck & Co., Inc. Therefore, it is appropriate under the standards set forth in 28 U.S.C. § 455 that the undersigned recuse himself from this case.

It is, therefore, ORDERED, that the undersigned recuses himself from all further proceedings in this case.

**SO ORDERED AND ADJUDGED** this the 15th day of September, 2008.

> s/ *Daniel P. Jordan III*
> UNITED STATES DISTRICT JUDGE